FCI Danbury
Mark Figueroa #66497-004
33½ Pembroke Road
Danbury, CT 06811




United States District Court
Clerk's Office
915 Lafayette Boulevard
Bridgeport, CT 06604