FCI Danbury
Mark Figueroa #66497-004
33½ Pembroke Road
Danbury, CT 06811

WESTCHESTER NY 105
10 SEP 2025 PM 3 L




United States District Court
Clerk's Office
915 Lafayette Boulevard
Bridgeport, CT 06604

06604-476899